UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
MENGNI SUN,

                       *Plaintiff(s),*

      -against-

LI YA NAIL SPA, INC. d/b/a. LI YA NAIL SPA,
AILLEN NAIL & SPA INC d/b/a BAI LI NAIL,
Jane Doe a/k/a Lily Gao, John Doe and Jane Doe#1-10

                       *Defendant(s).*
---------------------------------------------------------------X

MOTION FOR DEFAULT JUDGMENT
CV 18-6609 (JS) (GRB)

      Plaintiff Mengni Sun, by and through her undersigned attorneys, Hui Chen & Associates, PLLC, hereby moves the Court pursuant to Federal Rules of Civil Procedure 55 (b) and Local civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant Jane Doe a/k/a Lily Gao on the grounds that said defendant failed to answer or otherwise defend against the Complaint.

      Defendant is not an infant, incompetent, or in the military service of the United States.

      Pursuant to Local Rule 7.1(d), Plaintiff asserts that a brief is not necessary in connection with the Motion for Default Judgment filed herewith, as Defendant have failed to answer in this action, the resolution of Plaintiff's Motion for Default Judgment requires only the straight forward application of Rule 55(b)(2) of the Federal Rules of Civil Procedures. Thus, as this Motion for Default Judgment requires no findings of fact or disputed questions of law, there are no issues upon which a brief is required.

Dated:  Flushing, New York
         October 21, 2019

Hui Chen and Associates, P.L.L.C.


_/s/ Hui Chen_____
By: Hui Chen, Esq.
136-20 38th Ave., Suite 9E
Flushing, NY 11354
Tel: (718) 463-2666
Email: hui.chenlawoffice@gmail.com
*Attorneys for Plaintiff(s)*