**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MEGNI SUN,

                       Plaintiff,

      - against -

LI YA NAIL SPA INC d/a/ LI YA NAIL SPA,
AILLEN NAIL & SPA INC. b/b/a/ BAI LI NAIL,
JANE DOE a/k/a Lily Gao, John Doe and Jane Doe
#1-10,

                     Defendants.
-----------------------------------------------------------------X

**CLERK'S CERTIFICATE**
**OF DEFAULT**
CV 18-6609 (JS) (GRB)

       **I,** Douglas C. Palmer, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendants LI YA NAIL SPA INC, and JANE DOE a/k/a Lily Gao have not filed an answer or otherwise moved with respect to the complaint, and that the time to answer or move has expired.

       The defaults of defendants LI YA NAIL SPA INC, and JANE DOE a/k/a Lily Gao are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: September 20, 2019
       Central Islip, New York

                              DOUGLAS C. PALMER
                              CLERK OF THE COURT

                  BY:    /S/ JAMES J. TORITTO
                              DEPUTY CLERK