**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MENGNI SUN,

                       *Plaintiff(s)*,

-against-

**LI YA NAIL SPA, INC. d/b/a. LI YA NAIL SPA,**
**AILLEN NAIL & SPA INC d/b/a BAI LI NAIL,**
Jane Doe a/k/a Lily Gao, John Doe and Jane Doe#1-10

                       *Defendant(s)*.
-------------------------------------------------------------X

**AFFIRMATION OF SERVICE**
**CV 18-6609 (JS) (GRB)**

     I, Hui Chen, declare under perjury that I have served a copy of the attached Motion for Default Judgment, Affirmation in Support of Motion for Default Judgment, Clerk's Certificate of Default, Collective Action Complaint, and Proposed Judgement Order upon Defendant Jane Doe a/k/a Lily Gao by mailing it to Jane Doe a/k/a Lily Gao, whose address is: 55 Turnpike Sq, Milford, Connecticut, 06460.

Dated: Flushing, New York
         October 21, 2019

                                                Hui Chen and Associates, P.L.L.C.

                                                _/s/ Hui Chen_____
                                                By: Hui Chen, Esq.
                                                136-20 38th Ave., Suite 9E
                                                Flushing, NY 11354
                                                Tel: (718) 463-2666
                                                Email: hui.chenlawoffice@gmail.com
                                                *Attorneys for Plaintiff(s)*